# **<u>EXHIBIT A</u>**

 CT Corporation

**Service of Process Transmittal**
12/04/2017
CT Log Number 532410396

TO: Rebecca Thompson
UnitedHealth Group Incorporated (111504190770700600)
9900 Bren Rd E Ste 300W, MN008-T700
Minnetonka, MN 55343-4402

RE: **Process Served in Tennessee**

FOR: OptumRx, Inc. (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Timothy Moncier, Pltf. vs. OptumRx, Inc. and Briovarx, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Memphis County Circuit Court - Thirtieth Judicial District, TN<br>Case # CT00493317DIVV |
| **NATURE OF ACTION:** | VIOLATIONS OF THE TENNESSEE HEALTH CARE LIABILITY |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/04/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | J. Mark Benfield<br>APPERSON CRUMP PLC<br>6070 Poplar Avenue, Suite 600<br>Memphis, TN 38119-3954<br>901-756-6300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/05/2017, Expected Purge Date: 01/04/2018<br><br>Image SOP<br><br>Email Notification,  Administrative Assistant  legalmail@uhc.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 2021<br>Knoxville, TN 37929-9710 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of  1 / US

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

APPERSON CRUMP PLC
*Attorneys at Law*
*6070 Poplar Avenue*
*Suite 600*
*Memphis, TN 38119-3954*

OptumRx, Inc.
c/o CT Corporation System
Registered Agent
800 S. Gay St.
Suite 2021
Knoxville, TN 37929

CERTIFIED MAIL®

9414 7266 9904 2096 9410 95

RETURN RECEIPT REQUESTED

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

ELECTRONICALLY FILED
2017 Nov 29 3:17 PM
CLERK OF COURT

## SUMMONS IN CIVIL ACTION

Docket No. CT-004933-17, Div. V

○ Lawsuit
○ Divorce

Ad Damnum $ _____

| TIMOTHY MONCIER | VS | OPTUMRX, INC. and BRIOVARX, LLC |
|---|---|---|

Plaintiff(s)      Defendant(s)

TO: (Name and Address of Defendant (One defendant per summons))

OptumRx, Inc.
c/o CT Corporation System, Registered Agent
800 S. Gay St., Suite 2021
Knoxville, TN 37929

**Method of Service:**
○ Certified Mail
○ Shelby County Sheriff
○ Commissioner of Insurance ($)
○ Secretary of State ($)
○ Other TN County Sheriff ($)
○ Private Process Server
○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on   J. Mark Benfield and Martha C. Burgett    Plaintiff's

attorney, whose address is 6070 Poplar Ave., Suite 600, Memphis, TN 38119

telephone 901-756-6300      within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED _____ By _____, D.C.

### TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20 17

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master    By: _____, D.C.

**RETURN OF SERVICE OF SUMMONS**

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____ , 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____          By: _____
Signature of person accepting service            Sheriff or other authorized person to serve process

---

**RETURN OF NON-SERVICE OF SUMMONS**

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____ , 20_____ .

                                                By: _____
                                                     Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**          TIMOTHY MONCIER VS OPTUMRX INC

**Case Number:**      CT-004933-17

**Type:**          SUMMONS ISSD TO MISC



Ms Sheri C Carter, DC

Electronically signed on 11/30/2017 07:49:51 AM

ELECTRONICALLY FILED
2017 Nov 29 3:17 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

TIMOTHY MONCIER,

      Plaintiff,

v.                              No. CT-004933-17, Div. V
                                      JURY DEMANDED

OPTUMRX, INC.
and BRIOVARX, LLC,

      Defendants.

## COMPLAINT

      **COMES NOW** the Plaintiff, Timothy Moncier, by and through the undersigned counsel,

and for cause of action against Defendants OptumRx, Inc. and BriovaRx, LLC, would hereby

show and state as follows:

### JURISDICTION AND VENUE

      1.    Plaintiff Timothy Moncier is an adult resident citizen of Shelby County,

Tennessee, residing therein at 3547 Skylight Drive, Bartlett, Tennessee 38135.

      2.    Upon information and belief, Defendant OptumRx, Inc. ("Defendant Optum") is a

California for-profit corporation qualified to do business in the State of Tennessee and maintains

its principal office at 2300 Main Street, Irvine, California 92614-6223. Defendant Optum is a

pharmacy system that is in the business of pharmacy care and services to the public at large.

Upon information and belief, Defendant Optum may be served with process through its

registered agent for service of process, CT Corporation System, 800 South Gay Street, Suite

2021, Knoxville, Tennessee 37929-9710. At all times material hereto, Defendant Optum, through

its agents, employees, and/or contractors, provided pharmacy care and services to Plaintiff Timothy Moncier during on or about August 2016 through on or about October 2016.

3.      Upon information and belief, Defendant BriovaRx, LLC ("Defendant Briova") is an Alabama limited liability company qualified to do business in the State of Tennessee and maintains its principal office at 1600 McConnor Parkway, Schaumburg, Illinois 60173-6801. Defendant Briova is a pharmacy system that is in the business of pharmacy care and services to the public at large. Upon information and belief, Defendant Briova may be served with process through its registered agent for service of process, CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, Tennessee 37929-9710. At all times material hereto, Defendant Briova, through its agents, employees, and/or contractors, provided pharmacy care and services to Plaintiff Timothy Moncier during on or about August 2016 through on or about October 2016.

4.      Defendant Optum and Defendant Briova are vicariously liable for the actions, omissions, and negligence of their respective employees, agents, and/or contractors who provided negligent pharmacy care and services to Plaintiff Timothy Moncier.

5.      All pharmacy care and services that are the subject of this Complaint occurred in Shelby County, Tennessee. Because the wrongs complained of herein occurred in Shelby County, Tennessee, the county in which this action is brought, this action may be maintained in Shelby County, Tennessee, and venue is therefore proper.

6.      Pursuant to and in compliance with T.C.A. § 29-26-121, by letter dated August 1, 2017, at least sixty (60) days prior to the filing of this action, notice of a potential claim against Defendant Optum was provided via certified mail, return receipt requested, to and through its principal place of business at 2300 Main Street, Irvine, California 92614-6223 and to its

2

registered agent for service of process, CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, Tennessee 37929-9710, both of which were returned as received.

7.     Pursuant to and in compliance with T.C.A. § 29-26-121, by letter dated August 1, 2017, at least sixty (60) days prior to the filing of this action, notice of a potential claim against Defendant Briova was provided via certified mail, return receipt requested, to and through its principal place of business at 1600 McConnor Parkway, Schaumburg, Illinois 60173-6801 and to its registered agent for service of process, CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, Tennessee 37929-9710, both of which were returned as received on or about August 4, 2017.

8.     Photocopies of all notice letters, together with the certified mail cards and certificates of mailing, are attached to the accompanying Affidavit of J. Mark Benfield, which is attached to this Complaint. All attachments hereto are hereby incorporated by reference as if fully stated herein *verbatim*. Consequently, this action is filed at least sixty (60) days after the issuance of written notice required by T.C.A. § 29-26-121.

9.     As required by T.C.A. § 29-26-121, the notice letters referred to above and attached to the accompanying Affidavit of J. Mark Benfield as an exhibit thereto were accompanied by a list of all providers to whom notice was being given, along with a medical authorization permitting each provider receiving the notice to obtain complete medical records from each other provider being sent the notice. Also being filed contemporaneously with this Complaint is a Certificate of Good Faith signed by J. Mark Benfield, stating that Plaintiff's counsel have consulted with an expert and obtained a written letter from the expert pursuant to and in compliance with T.C.A. § 29-26-122. This Certificate of Good Faith is hereby incorporated by reference as if fully stated herein *verbatim*.

10.     This cause of action arises from pharmacy care and services provided to Plaintiff Timothy Moncier by Defendant Optum and Defendant Briova, as well as their respective employees, agents, and/or contractors. This care fell below the recognized standard of acceptable professional practice of pharmacy care and services in the Memphis, Shelby County, Tennessee community and/or similar communities causing harm which would not have otherwise occurred.

## FACTS

11.     Plaintiff re-alleges and incorporates all of the allegations in the Complaint as if fully set forth herein *verbatim*.

12.     Plaintiff Timothy Moncier ("Mr. Moncier") underwent a kidney transplant for which he was prescribed the medications Myfortic and Prograf, which prevent organ rejection after a transplant. Defendant Optum and Defendant Briova were Mr. Moncier's pharmacy and provided him with these medications.

13.     During on or about August 2016 through October 2016, Defendant Optum and Defendant Briova negligently failed to provide Mr. Monicer with his prescribed medications.

14.     Upon information and belief, Defendant Optum and Defendant Briova negligently deleted Mr. Moncier's prescriptions, which caused their failure to provide them to Mr. Moncier.

15.     When Mr. Moncier did not receive his prescribed medications, he called Defendant Optum and/or Defendant Briova on several occasions to obtain his prescribed medications, but Defendant Optum and Defendant Briova further failed to provide Mr. Moncier with his prescribed medications.

16.     As a direct and proximate result of Defendant Optum and Defendant Briova's negligent failures to provide Mr. Moncier with his prescribed medications, Mr. Moncier experienced excruciating pain and suffering, experienced a prolonged hospital stay, suffered

4

permanent physical and mental injuries, which will require additional future medical treatment, and suffered lost wages of a past, present, and future nature and a loss of earning capacity.

## LIABILITY

## VIOLATIONS OF THE TENNESSEE HEALTH CARE LIABILITY ACT

17.     Plaintiff re-alleges and incorporates all of the allegations in the Complaint as if fully set forth herein *verbatim.*

18.     As set forth hereinabove, Defendant Optum and Defendant Briova and their respective agents, employees, and/or contractors were charged with the responsibility of providing pharmacy care and services to and for Plaintiff Timothy Moncier and are guilty of deviations from the recognized accepted standard of pharmacy care and services in the Memphis, Shelby County, Tennessee community and/or similar communities, which caused injuries that would not have otherwise occurred.

19.     The acts of negligence of Defendant Optum and Defendant Briova and their respective employees, agents, and/or contractors include, but are not limited to: (1) the failure to monitor, supervise, and implement acceptable and appropriate policies and procedures to ensure patients, such as Plaintiff Timothy Moncier, are provided with their prescribed medications in accordance with the recognized standard of care in the Memphis, Shelby County, Tennessee community and similar communities; (2) the failure to provide acceptable and appropriate supervision of Plaintiff Timothy Moncier in order to ensure he received his prescribed medications; and (3) the failure to provide Plaintiff Timothy Moncier with his prescribed medications on a continuing basis. All of the aforementioned deviations directly and proximately caused Mr. Moncier to experience excruciating pain and suffering and a prolonged hospital stay, suffer permanent physical and mental injuries, which will require additional future medical

treatment, and suffer lost wages of a past, present, and future nature and a loss of earning capacity.

20.     Said negligent acts constitute deviations from the recognized and accepted standard of care for the Memphis, Shelby County, Tennessee community and similar communities.

21.     Had Defendant Optum and Defendant Briova and their respective employees, agents, and/or contractors acted in accordance with the applicable standard of care, Plaintiff Timothy Moncier would not have experienced excruciating pain and suffering, experienced a prolonged hospital stay, suffered permanent physical and mental injuries, which will require additional future medical treatment, and suffered lost wages of a past, present, and future nature and a loss of earning capacity. Therefore, these deviations from the recognized and accepted standard of pharmacy care and services in the Memphis, Shelby County, Tennessee community and similar communities directly and proximately caused damages to Plaintiff Timothy.

## DAMAGES

22.     Plaintiff re-alleges and incorporates all of the allegations in the Complaint as if fully set forth herein *verbatim*.

23.     As a direct and proximate result of the negligent acts and omissions of Defendant Optum and Defendant Briova and their respective employees, agents, and/or contractors as set forth herein, Plaintiff Timothy Moncier claims injuries for which he seeks compensation, including, but not limited to:

     a.    excruciating, debilitating, and conscious physical, emotional, and mental pain and suffering;

     b.    humiliation, embarrassment, degradation, and fright;

     c.    loss of dignity and respect;

6

d.      significant medical expenses of a past, present, and future nature;

e.      the loss of earnings and earning capacity; and

f.      all such other relief, both general and specific, to which Plaintiff may be entitled under the premises pursuant to applicable law.

### PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Timothy Moncier, sue the Defendants for the injuries described herein and prays for a judgment and award of compensatory damages against the Defendants in such an amount as may be fair and reasonable to a jury and for all such other relief, both general and specific, to which they may be entitled under the premises. **A trial by jury is respectfully demanded.**

Respectfully submitted,

**APPERSON CRUMP PLC**

J. Mark Benfield (#18541)
Martha C. Burgett (#34199)
6070 Poplar Ave., Suite 600
Memphis, TN 38119
Phone: (901) 756-6300
Fax: (901) 757-1296
mbenfield@appersoncrump.com
mburgett@appersoncrump.com
*Counsel for Plaintiff*

7

ELECTRONICALLY FILED
2017 Nov 29 3:17 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
### FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

TIMOTHY MONCIER,

     Plaintiff,

v.

                                    No.  CT-004933-17, Div. V

OPTUMRX, INC.                                 JURY DEMANDED
and BRIOVARX, LLC,

     Defendants.

---

### PLAINTIFF'S AFFIDAVIT OF SERVICE
### PURSUANT TO TENN. CODE ANN. § 29-26-121

---

**STATE OF TENNESSEE**
**COUNTY OF SHELBY**

      COMES NOW J. Mark Benfield, as counsel of record for the Plaintiff, Timothy

Moncier, and pursuant to and as required by Tenn. Code Ann. § 29-26-121(a)(4), being first duly

sworn according to law, hereby makes oath and states as follows:

      1.     My name is J. Mark Benfield.  I am over eighteen (18) years of age and am an

attorney licensed to practice law in the State of Tennessee. My Tennessee Board of Professional

Responsibility number is 018541. Except where it may be otherwise noted herein, I have

personal knowledge of the statements made herein and am otherwise competent to execute this

Affidavit. I am counsel of record for the Plaintiff in this matter.

      2.     Pursuant to and as required by Tenn. Code Ann. § 29-26-121, my office, through

me, caused a series of written notice letters to be timely mailed to the Defendants in this matter.

Copies of the notice letters are attached hereto, as required by Tenn. Code Ann. § 29-26-121,

along with photocopies of the related certificates of mailing from the United States Postal Service, which are stamped with the date of mailing.

3.      I hereby incorporate by reference as if fully stated herein all the documents and notice letters attached hereto.

4.      Plaintiff has complied with the requirements of Tenn. Code Ann. § 29-26-121 by mailing the notice letters by certified mail, return receipt requested, to the Defendants, as prescribed by Tenn. Code Ann. § 29-26-121. Furthermore, certificates of mailing were obtained, showing that the notice letters were in fact mailed by certified mail, return receipt requested, to the Defendants at each Defendant's principal place of business and to each Defendant's registered agent for service of process at least sixty (60) days before the filing of the instant Complaint. Thus, the requirements of Tenn. Code Ann. § 29-26-121 have been satisfied as to the Defendants.

5.      Plaintiff has complied with Tenn. Code Ann. § 29-26-122 by filing a Certificate of Good Faith contemporaneously with the instant Complaint and this Affidavit. Said Certificate of Good Faith filed contemporaneously with the instant Complaint and this Affidavit is hereby incorporated herein by reference as if fully stated herein *verbatim.*

6.      Pursuant to and as required by Tenn. Code Ann. § 29-26-121, the notice letters referred to above and attached hereto as exhibits were accompanied by a list of other providers to whom notice was being given, along with HIPAA compliant medical authorizations permitting each provider receiving the notice to obtain complete medical records from each other provider being sent a notice.

2

7.    I have read the above statements and swear that the above statements are true and correct to the best of my knowledge, information, and belief, and my signature and sworn oath is below.

**FURTHER AFFIANT SAITH NOT.**



J. MARK BENFIELD

SWORN TO AND SUBSCRIBED before me this 29th day of November, 2017.

Cheryl A. Higgins
Notary Public

My Commission Expires:

2/23/19



3

# Apperson Crump
### The Law in Memphis Since 1865

August 1, 2017

**_VIA CERTIFIED MAIL_**
**_Return Receipt Requested_**

OptumRx, Inc.
Licensing Department
2300 Main Street
Irvine, CA 92614-6223

Certified Article Number

9414 7266 9904 2096 9405 17

SENDERS RECORD

OptumRx, Inc.
c/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

Certified Article Number

9414 7266 9904 2096 9405 24

SENDERS RECORD

BriovaRx, LLC
1600 McConnor Pkwy.
Schaumburg, IL 60173-6801

Certified Article Number

9414 7266 9904 2096 9405 31

SENDERS RECORD

BriovaRx, LLC
c/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

Certified Article Number

9414 7266 9904 2096 9405 48

SENDERS RECORD

Re:     **Statutory Notice of Potential Claims of Timothy Moncier**

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 29-26-121, please be advised that Apperson Crump, PLC and I are the attorneys representing the interests of Timothy Moncier. We are the authorized agents of Timothy Moncier for the purpose of pursuing a personal injury, health care liability, and/or loss of consortium suit against you. Through us, Timothy Moncier is asserting potential claims for negligence, personal injury, health care liability, and/or loss of consortium against OptumRx, Inc. and/or BriovaRx, Inc.

Pursuant to and in accordance with the requirements of Tennessee Code Annotated § 29-26-121, I, on behalf of Timothy Moncier, am hereby furnishing notice of a health care liability claim to all named entities herein at their principal business addresses and the addresses listed on

J. Mark Benfield
Direct Dial 901-260-5125
mbenfield@appersoncrump.com

Apperson Crump plc, Attorneys at Law
Memphis • Nashville

6070 Poplar Avenue, Suite 600, Memphis, TN 38119-3954
Tel 901-756-6300 • Fax 901-757-1296

August 1, 2017
Page 2 of 3

the Tennessee Department of Health website, if applicable, and through their Registered Agents, if applicable. Attached hereto is a list of all health care providers to whom notice of a potential claim is being given pursuant to Tennessee Code Annotated § 29-26-121. Additional information required by § 29-26-121 is furnished to you below. This claim involves the failure to provide adequate care and supervision, proper medical attention, and proper and timely pharmacological treatment to Timothy Moncier beginning on or about August 2016.

The inadequate care provided to Timothy Moncier in this case constitutes ordinary negligence and deviations from the recognized standard of acceptable professional practice in the Memphis, Shelby County, Tennessee medical community and similar communities and caused harm which would not have otherwise occurred.

Pursuant to Tennessee Code Annotated § 29-26-121, as amended effective July 1, 2009, I hereby furnish the following information:

(A)     The full name and date of birth of the patient whose treatment is at issue:

Name: Timothy Alvin Moncier
Date of Birth: 02/02/1980

(B)     The name and address of the claimant authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

Timothy Moncier, who resides at 3547 Skylight Drive, Bartlett, Tennessee 38135, authorizes the issuance of this letter for purposes of providing notice, as required by Tennessee Code Annotated § 29-26-121.

(C)     The name and address of the attorney sending the notice, if applicable:

J. Mark Benfield, Esq.
Martha C. Burgett, Esq.
Apperson Crump, PLC
6070 Poplar Avenue, Suite 600
Memphis, Tennessee 38119

(D)     A list of the names and addresses of all providers being sent a notice:

OptumRx, Inc.
Licensing Department
2300 Main Street
Irvine, CA 92614-6223

OptumRx, Inc.
c/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

August 1, 2017
Page 3 of 3

BriovaRx, LLC
1600 McConnor Pkwy.
Schaumburg, IL 60173-6801

BriovaRx, LLC
c/o CT Corporation System, Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

(E)     A HIPAA compliant medical authorization permitting the provider receiving the
notice to obtain complete medical records from each other provider being sent a
notice is enclosed.

Pursuant to Tennessee Code Annotated § 29-26-121, this letter shall serve as written notice
of the potential claims of Timothy Moncier.

Very truly yours,

APPERSON CRUMP PLC

J. Mark Benfield

JMB/mcb
Enclosures:
1.      List of providers pursuant to Tenn. Code Ann. § 29-26-121; and
2.      HIPAA compliant medical authorization

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**Patient Name:** **Timothy Alvin Moncier**
**Date of Birth:** **02/02/1980**
**Soc. Sec. No.:** ▮▮▮▮▮▮▮▮

1. I authorize the use or disclosure of the above named individual's health information as described below for the purpose of legal/medical review.

2. The following individual or organization is authorized to make the disclosure:

   **OptumRx, Inc.**
   **Licensing Department**
   **2300 Main Street**
   **Irvine, CA 92614-6223**

   **OptumRx, Inc.**
   **c/o CT Corporation System, Registered Agent**
   **800 South Gay Street, Suite 2021**
   **Knoxville, TN 37929-9710**

   **BriovaRx, LLC**
   **1600 McConnor Pkwy.**
   **Schaumburg, IL 60173-6801**

   **BriovaRx, LLC**
   **c/o CT Corporation System, Registered Agent**
   **800 South Gay Street, Suite 2021**
   **Knoxville, TN 37929-9710**

3. The type and amount of information to be used or disclosed is as follows:

   __X__ Problem List
   __X__ Medication List
   __X__ List of Allergies
   __X__ Immunization Record
   __X__ Most Recent History and Physical
   __X__ Most Recent Discharge Summary
   __X__ Laboratory Results
   __X__ X-Ray and Imaging Reports
   __X__ Consultation Reports
   (All Treating Physicians/Nurses and Caretakers)
   __X__ Entire Medical Record
   __X__ Itemized Billing Statement/Billing Records

4.  I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.  This information may be disclosed to and used by the following individual(s) or organization(s):

> **OptumRx, Inc.**
> **Licensing Department**
> **2300 Main Street**
> **Irvine, CA 92614-6223**

> **OptumRx, Inc.**
> **c/o CT Corporation System, Registered Agent**
> **800 South Gay Street, Suite 2021**
> **Knoxville, TN 37929-9710**

> **BriovaRx, LLC**
> **1600 McConnor Pkwy.**
> **Schaumburg, IL 60173-6801**

> **BriovaRx, LLC**
> **c/o CT Corporation System, Registered Agent**
> **800 South Gay Street, Suite 2021**
> **Knoxville, TN 37929-9710**

6.  I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: **Conclusion of case.**

7.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

8.  Nothing in this Authorization shall be construed as permitting the ex parte communication between counsel for the Defendants and the healthcare providers of Timothy Moncier without the express permission and/or the participation of his attorneys.

9.   I hereby agree that a copy of this authorization form or facsimile shall have the same
     force and effect as the original thereof.

_____
Signature of Patient or Legal Representative

Dated: July 31, 2017

**LIST OF PROVIDERS OF TIMOTHY MONCIER
TO WHOM NOTICE OF A POTENTIAL CLAIM IS GIVEN
PURSUANT TO TENN. CODE ANN. § 29-26-121**

1.  OptumRx, Inc.
    Licensing Department
    2300 Main Street
    Irvine, CA 92614-6223

2.  OptumRx, Inc.
    c/o CT Corporation System, Registered Agent
    800 South Gay Street, Suite 2021
    Knoxville, TN 37929-9710

3.  BriovaRx, LLC
    1600 McConnor Pkwy.
    Schaumburg, IL 60173-6801

4.  BriovaRx, LLC
    c/o CT Corporation System, Registered Agent
    800 South Gay Street, Suite 2021
    Knoxville, TN 37929-9710





**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
J. Mark Benfield, Esq.
APPERSON CRUMP PLC
6070 Poplar Ave., 6th Floor
Memphis, TN 38119

To:
BriovaRx, LLC
C/o CT Corporation System,
Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

PS1

NEOPOST
08/01/2017
US POSTAGE $001.35⁰

ZIP 38119
041M11278808

AUG 0 1 2017

Postmark Here

USPS 38119

---

9414 7266 9904 2096 9405 48

TO: BriovaRx, LLC
C/o CT Corporation System,
Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

SENDER: J. Mark Benfield

REFERENCE: Moncier, Timothy

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.69 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 7.77 |

**USPS®**
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

MEMPHIS STATION
POSTMARK OR DATE
AUG 0 1 2017
USPS 38119



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
J. Mark Benfield, Esq.
APPERSON CRUMP PLC
6070 Poplar Ave., 6th Floor
Memphis, TN 38119

To:
BriovaRx
LLC
1600 McConnor Pkwy.
Schaumburg, IL 60173-6801

PS

NEOPOST
08/01/2017
US POSTAGE $001.35°

ZIP 38119
041M11278808

AUG 01 2017

Postmark Here

USPS 38119

---

9414 7266 9904 2096 9405 31

**TO:** BriovaRx
LLC
1600 McConnor Pkwy.
Schaumburg, IL 60173-6801

**SENDER:** J. Mark Benfield

**REFERENCE:** Moncier, Timothy

PS Form 3800, January 2005

**RETURN RECEIPT SERVICE**

| | |
|---|---|
| Postage | 0.69 |
| Certified Fee | 3.30 |
| Return Receipt Fee | 2.70 |
| Restricted Delivery | 0.00 |
| Total Postage & Fees | |

**USPS®**
**Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
AUG 01 2017

USPS 38119



**UNITED STATES POSTAL SERVICE**
**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
J. Mark Benfield, Esq.
APPERSON CRUMP PLC
6070 Poplar Ave., 6th Floor
Memphis, TN 38119

To:
OptumRx, Inc.
C/o CT Corporation System,
Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

PS I

NEOPOST
08/01/2017
US POSTAGE $001.35º

ZIP 38119
041M11210660

AUG 01 2017

Postmark Here          USPS 38119

---

9414 7266 9904 2096 9405 24

TO: OptumRx, Inc.
C/o CT Corporation System,
Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

SENDER: J. Mark Benfield

REFERENCE: Moncier, Timothy

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.89 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 6.89 |

**USPS®**
**Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

AUG 01 2017



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From
J. Mark Benfield, Esq.
APPERSON CRUMP PLC
6070 Poplar Ave., 6th Floor
Memphis, TN 38119

To
OptumRx, Inc.
Licensing Department
2300 Main Street
Irvine, CA 92614-6223

PS

NEOPOST
08/01/2017
US POSTAGE $001.35⁰

ZIP 38119
041M11278808

AUG 01 2017

Postmark Here

USPS 38119

9414 7266 9904 2096 9405 17

TO: OptumRx, Inc.
Licensing Department
2300 Main Street
Irvine, CA 92614-6223

SENDER: J. Mark Benfield

REFERENCE: Moncier, Timothy

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.69 |
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 6.79 |

**USPS®**
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

AUG 01 2017

USPS 38119



**2. Article Number**

9414 7266 9904 2096 9405 17

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X ☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

**3. Service Type   CERTIFIED MAIL®**

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**1. Article Addressed to:**
OptumRx, Inc.
Licensing Department
2300 Main Street
Irvine, CA 92614-6223

**Reference Information**

Moncier, Timothy

J. Mark Benfield

PS Form 3811, January 2005          Domestic Return Receipt

---

**2. Article Number**

9414 7266 9904 2096 9405 24

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery
Samantha Sutton

X                                    ☐ Agent
AUG 04 2017                          ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

**3. Service Type   CERTIFIED MAIL®**

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**1. Article Addressed to:**
OptumRx, Inc.
C/o CT Corporation System,
Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

**Reference Information**

Moncier, Timothy

J. Mark Benfield

PS Form 3811, January 2005          Domestic Return Receipt



**2. Article Number**

9414 7266 9904 2096 9405 31

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

BriovaRx
LLC
1600 McConnor Pkwy.
Schaumburg, IL 60173-6801

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Hugo Salazar

B. Date of Delivery

C. Signature
X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Reference Information

Moncier, Timothy

J. Mark Benfield

PS Form 3811, January 2005        Domestic Return Receipt

---

**2. Article Number**

9414 7266 9904 2096 9405 48

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

BriovaRx, LLC
C/o CT Corporation System,
Registered Agent
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Samantha Sutton

B. Date of Delivery

X   AUG 04 2017   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Reference Information

Moncier, Timothy

J. Mark Benfield

PS Form 3811, January 2005        Domestic Return Receipt

ELECTRONICALLY FILED
2017 Nov 29 3:17 PM
CLERK OF COURT

## IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

TIMOTHY MONCIER,

     Plaintiff,

v.                            No.  CT-004933-17, Div. V
                                     JURY DEMANDED

OPTUMRX, INC.
and BRIOVARX, LLC,

     Defendants.

## PLAINTIFF'S CERTIFICATE OF GOOD FAITH
## PURSUANT TO TENN. CODE ANN. § 29-26-122

     **COMES NOW** the Plaintiff, Timothy Moncier, by and through the undersigned counsel and pursuant to Tenn. Code Ann. § 29-26-122, and hereby certifies that:

     (1)    Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that, upon information and belief, they

          (A)    Are competent under Tenn. Code Ann. § 29-26-115 to express an opinion or opinions in this case, and

          (B)    Believe, based on the information available from the medical records concerning the care and treatment of Plaintiff Timothy Moncier for the incident(s) at issue, that there is a good faith basis to maintain the action consistent with the requirements of Tenn. Code Ann. § 29-26-115.

     (2)    Plaintiff's counsel discloses, in compliance with Tenn. Code Ann. § 29-26-122(d)(4), that they have had no prior violations of the provisions of Tenn. Code Ann. § 29-26-122.

Respectfully submitted,

**APPERSON CRUMP PLC**

J. Mark Benfield (#18541)
Martha C. Burgett (#34199)
6070 Poplar Avenue, Suite 600
Memphis, TN 38119
Phone: (901) 756-6300
Fax: (901) 757-1296
mbenfield@appersoncrump.com
mburgett@appersoncrump.com
*Counsel for Plaintiff*

2